RECEIVED
IN MONROE, LA
OCT 15 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 06-30031-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SAMUEL H. THOMAS | MAG. JUDGE KAREN L. HAYES |

### MEMORANDUM ORDER

On October 12, 2007, Defendant Samuel H. Thomas ("Thomas") filed a Request for Six Additional Peremptory Challenges or; Alternatively, for an Order Allowing the Separate Exercise of the Challenges Accorded by Statute ("Request") [Doc. No. 36]. Thomas is charged with tax law violations in a seven-count Indictment. Co-Defendant Louis R. Bradley is charged in three of the counts. Thomas contends that, because he has practiced law in the northeastern portion of the state since 1974 and is well known, the Court should, in its discretion, grant him additional peremptory challenges or, alternatively, allow him to exercise his peremptory challenges separately from his Co-Defendant.

On October 14, 2007, the Government filed a response [Doc. No. 37] to Thomas' Request. The Government does not oppose Thomas' separate exercise of his peremptory challenges from his Co-Defendant. The Government does, however, oppose the Court's granting of additional peremptory challenges. The Government points out that the issues raised by Thomas can be addressed through the use of challenges for cause.

The Court agrees. Accordingly, Thomas' Request is GRANTED IN PART and DENIED IN PART. The Court GRANTS Thomas' Request to exercise his peremptory challenges

separately from his Co-Defendant. However, the Court DENIES Thomas' Request for additional peremptory challenges at this time, subject to Thomas' right to re-urge this Request following voir dire.

MONROE, LOUISIANA, this 15th day of October, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE